AO440(Rev.12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
## Western District of Oklahoma

Frankfurt-Short-Bruza Associates, P.C.,

)
)
)
)

Plaintiff(s),

)
)

v.

)

Case No. CIV-25-307-SLP

John Bernard Semtner; Isaac Malcolm Hines;
Tradesman Architectural Studios PLLC; William
Tim Strange; Steven Watts; et al.,

)
)
)
)

Defendant(s).

)


### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
John Bernard Semtner
500 North Broadway Ave., Suite 100
Oklahoma City, OK 73102


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

David A. Cheek, CHEEK & FALCONE PLLC
6301 Waterford Blvd, Suite 230
Oklahoma City, OK 73118-1157
Ph: (405) 286-9191 Fx: (405) 286-9670 Email: dcheek@cheekfalcone.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*SUMMONS ISSUED:*
9:57 am, Mar 12, 2025
*JOAN KANE, CLERK*

By:_____

*Signed and seated by the Clerk of the Court or Deputy Clerk.*

AO 440 (Rev. 02/09)  Summons in a Civil Action (Page 2)

Civil Action No.  CIV-25-307-SLP

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❑  I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❑  I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑  I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❑  I returned the summons unexecuted because _____ ; or

❑  Other *(specify):*

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0__ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

Print    Save As...    Reset

AO440(Rev.12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
## Western District of Oklahoma

Frankfurt-Short-Bruza Associates, P.C.,

)
)
)
)

Plaintiff(s),

)
)

v.

)

John Bernard Semtner; Isaac Malcolm Hines;
Tradesman Architectural Studios PLLC; William
Tim Strange; Steven Watts; et al.,

)
)
)
)

Defendant(s).

)

Case No. CIV-25-307-SLP

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Isaac Malcolm Hines
500 North Broadway Ave, Suite 100
Oklahoma City, OK 73102

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

David A. Cheek, CHEEK & FALCONE PLLC
6301 Waterford Blvd, Suite 230
Oklahoma City, OK 73118-1157
Ph: (405) 286-9191 Fx: (405) 286-9670 Email: dcheek@cheekfalcone.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*SUMMONS ISSUED:*
9:58 am, Mar 12, 2025
*JOAN KANE, CLERK*

By: _____

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*

AO 440 (Rev. 02/09)  Summons in a Civil Action (Page 2)

Civil Action No.  CIV-25-307-SLP

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒  I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❒  I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒  I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❒  I returned the summons unexecuted because _____ ; or

❒  Other *(specify):*

.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

|  Print  |  Save As...  |  |  Reset  |

AO440(Rev.12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

## Western District of Oklahoma

Frankfurt-Short-Bruza Associates., P.C., )
)
)
)
Plaintiff(s), )
)
v. )
John Bernard Semtner; Isaac Malcolm Hines; )
Tradesman Architectural Studios PLLC; William )
Tim Strange; Steven Watts; et al., )
)
)
Defendant(s). )

Case No. CIV-25-307-SLP

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Tradesman Architectural Studios PLLC
c/o John Bernard Semtner
500 North Broadway Ave, Suite 100
Oklahoma City, OK 73102

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

David A. Cheek, CHEEK & FALCONE PLLC
6301 Waterford Blvd, Suite 230
Oklahoma City, OK 73118-1157
Ph: (405) 286-9191 Fx: (405) 286-9670 Email: dcheek@cheekfalcone.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*SUMMONS ISSUED:*
9:58 am, Mar 12, 2025
*JOAN KANE, CLERK*

By:_____

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*

AO 440 (Rev. 02/09)  Summons in a Civil Action (Page 2)

Civil Action No.  CIV-25-307-SLP

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐  I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❐  I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐  I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❐  I returned the summons unexecuted because _____ ; or

❐  Other *(specify):*

.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

| Print | Save As... | Reset |

AO440(Rev.12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Western District of Oklahoma

| | |
|---|---|
| Frankfurt-Short-Bruza Associates., P.C., | ) |
| | ) |
| | ) |
| | ) |
| Plaintiff(s), | ) |
| | ) |
| v. | ) |
| John Bernard Semtner; Isaac Malcolm Hines; | ) |
| Tradesman Architectural Studios PLLC; William | ) |
| Tim Strange; Steven Watts; et al., | ) |
| | ) |
| Defendant(s). | ) |

Case No. CIV-25-307-SLP

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
William Tim Strange
3349 Brush Creek Rd.
Oklahoma City, OK 73120

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

David A. Cheek, CHEEK & FALCONE PLLC

6301 Waterford Blvd, Suite 230

Oklahoma City, OK 73118-1157

Ph: (405) 286-9191 Fx: (405) 286-9670 Email: dcheek@cheekfalcone.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*SUMMONS ISSUED:*
9:58 am, Mar 12, 2025
*JOAN KANE, CLERK*

By:_____

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*

AO 440 (Rev. 02/09)  Summons in a Civil Action (Page 2)

Civil Action No.  CIV-25-307-SLP

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒  I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❒  I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒  I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❒  I returned the summons unexecuted because _____ ; or

❒  Other *(specify):*

                                                                                          .

My fees are $ _____ for travel and $ _____ for services, for a total of $  0 _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

| Print | Save As... | | Reset |

AO440(Rev.12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
## Western District of Oklahoma

| | |
|---|---|
| Frankfurt-Short-Bruza Associates., P.C., | ) |
| | ) |
| | ) |
| | ) |
| Plaintiff(s), | ) |
| | ) |
| v. | ) |
| John Bernard Semtner; Isaac Malcolm Hines; | )  Case No. CIV-25-307-SLP |
| Tradesman Architectural Studios PLLC; William | ) |
| Tim Strange; Steven Watts; et al., | ) |
| | ) |
| | ) |
| Defendant(s). | ) |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Steven Watts
403 S. Cheyenne Ave., Suite #205
Tulsa, OK 74103

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

David A. Cheek, CHEEK & FALCONE PLLC
6301 Waterford Blvd, Suite 230
Oklahoma City, OK 73118-1157
Ph: (405) 286-9191 Fx: (405) 286-9670 Email: dcheek@cheekfalcone.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.



*SUMMONS ISSUED:*
9:58 am, Mar 12, 2025
*JOAN KANE, CLERK*

By:

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*

AO 440 (Rev. 02/09)  Summons in a Civil Action (Page 2)

Civil Action No.  CIV-25-307-SLP

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐  I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❐  I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐  I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❐  I returned the summons unexecuted because _____ ; or

❐  Other *(specify):*

.

My fees are $ _____ for travel and $ _____ for services, for a total of $  0 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

| Print | Save As... | Reset |

AO440(Rev.12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
## Western District of Oklahoma

Frankfurt-Short-Bruza Associates., P.C., )
)
)
)
Plaintiff(s), )
)
v. )
John Bernard Semtner; Isaac Malcolm Hines; )
Tradesman Architectural Studios PLLC; William )
Tim Strange; Steven Watts; et al., )
)
)
Defendant(s). )

Case No. CIV-25-307-SLP

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Rose Rock Development Partners
c/o Partner William Tim Strange
3349 Brush Creek Rd.
Oklahoma City, OK 73120

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
    David A. Cheek, CHEEK & FALCONE PLLC
    6301 Waterford Blvd, Suite 230
    Oklahoma City, OK 73118-1157
    Ph: (405) 286-9191 Fx: (405) 286-9670 Email: dcheek@cheekfalcone.com

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*SUMMONS ISSUED:*
9:58 am, Mar 12, 2025
*JOAN KANE, CLERK*

By:＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿

*Signed and seated by the Clerk of the Court or Deputy Clerk.*

AO 440 (Rev. 02/09)  Summons in a Civil Action (Page 2)

Civil Action No.  CIV-25-307-SLP

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒  I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❒  I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒  I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❒  I returned the summons unexecuted because _____ ; or

❒  Other *(specify):*

.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0 .

I declare under penalty of perjury that this information is true.

Date: _____              _____
                                                         *Server's signature*

                                           _____
                                                         *Printed name and title*

                                           _____
                                                         *Server's address*

Additional information regarding attempted service, etc:

|  Print  |  Save As...  |  |  Reset  |

# UNITED STATES DISTRICT COURT

for the

## Western District of Oklahoma

| | |
|---|---|
| Frankfurt-Short-Bruza Associates., P.C., | ) |
| | ) |
| | ) |
| | ) |
| Plaintiff(s), | ) |
| | ) |
| v. | ) |
| John Bernard Semtner; Isaac Malcolm Hines; | ) |
| Tradesman Architectural Studios PLLC; William | ) |
| Tim Strange; Steven Watts; et al., | ) |
| | ) |
| Defendant(s). | ) |

Case No. CIV-25-307-SLP

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Rose Rock Development Partners, LLC
c/o William T. Strange
3349 Brush Creek Rd.
Oklahoma City, OK 73120

      A lawsuit has been filed against you.

      Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

      David A. Cheek, CHEEK & FALCONE PLLC

      6301 Waterford Blvd, Suite 230

      Oklahoma City, OK 73118-1157

      Ph: (405) 286-9191 Fx: (405) 286-9670 Email: dcheek@cheekfalcone.com

      If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.



*SUMMONS ISSUED:*
9:58 am, Mar 12, 2025
*JOAN KANE, CLERK*

By:_____

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*

AO 440 (Rev. 02/09)  Summons in a Civil Action (Page 2)

Civil Action No.  CIV-25-307-SLP

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒  I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❒  I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒  I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❒  I returned the summons unexecuted because _____ ; or

❒  Other *(specify):*

                                                                                               .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0   .

I declare under penalty of perjury that this information is true.

Date: _____

                          _____
                                        *Server's signature*

                          _____
                                       *Printed name and title*

                          _____
                                         *Server's address*

Additional information regarding attempted service, etc:

| Print | Save As... | | Reset |

# UNITED STATES DISTRICT COURT

for the

## Western District of Oklahoma

| | |
|---|---|
| Frankfurt-Short-Bruza Associates., P.C., | ) |
| | ) |
| | ) |
| | ) |
| **Plaintiff(s),** | ) |
| | ) |
| v. | ) |
| John Bernard Semtner; Isaac Malcolm Hines; | ) |
| Tradesman Architectural Studios PLLC; William | ) |
| Tim Strange; Steven Watts; et al., | ) |
| | ) |
| **Defendant(s).** | ) |

Case No. CIV-25-307-SLP

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Rose Rock Development Partners II, LLC
c/o Steven Watts
403 S. Cheyenne Ave., Suite #205
Tulsa, OK 74103

     A lawsuit has been filed against you.

     Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    David A. Cheek, CHEEK & FALCONE PLLC

    6301 Waterford Blvd, Suite 230

    Oklahoma City, OK 73118-1157

    Ph: (405) 286-9191 Fx: (405) 286-9670 Email: dcheek@cheekfalcone.com

     If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.



*SUMMONS ISSUED:*
9:59 am, Mar 12, 2025
*JOAN KANE, CLERK*

By:_____

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*

AO 440 (Rev. 02/09)  Summons in a Civil Action (Page 2)

Civil Action No.  CIV-25-307-SLP

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒  I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❒  I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒  I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❒  I returned the summons unexecuted because _____ ; or

❒  Other *(specify):*

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0 _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

| Print | Save As... | | Reset |

# UNITED STATES DISTRICT COURT
## for the
## Western District of Oklahoma

Frankfurt-Short-Bruza Associates., P.C.,

               Plaintiff(s),

v.

John Bernard Semtner; Isaac Malcolm Hines;
Tradesman Architectural Studios PLLC; William
Tim Strange; Steven Watts; et al.,

               Defendant(s).

)
)
)
)
)
)
)
)
)
)
)
)

Case No. CIV-25-307-SLP

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Rose Rock Development Partners III, LLC
c/o Steven Watts
403 S. Cheyenne Ave., Suite #205
Tulsa, OK 74103

     A lawsuit has been filed against you.

     Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

     David A. Cheek, CHEEK & FALCONE PLLC
     6301 Waterford Blvd, Suite 230
     Oklahoma City, OK 73118-1157
     Ph: (405) 286-9191 Fx: (405) 286-9670 Email: dcheek@cheekfalcone.com

     If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.



*SUMMONS ISSUED:*
9:59 am, Mar 12, 2025
*JOAN KANE, CLERK*

By: _____

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*

AO 440 (Rev. 02/09)  Summons in a Civil Action (Page 2)

Civil Action No.  CIV-25-307-SLP

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏  I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏  I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏  I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏  I returned the summons unexecuted because _____ ; or

❏  Other *(specify):*

                                                                                                          .

My fees are $ _____ for travel and $ _____ for services, for a total of $  0  .

I declare under penalty of perjury that this information is true.

Date: _____

                                              _____
                                                         *Server's signature*

                                              _____
                                                        *Printed name and title*

                                              _____
                                                          *Server's address*

Additional information regarding attempted service, etc:

|  Print  |  Save As...  |  |  Reset  |

AO440(Rev.12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
## Western District of Oklahoma

Frankfurt-Short-Bruza Associates., P.C.,

)
)
)
)

Plaintiff(s),

)
)

v.

)

Case No. CIV-25-307-SLP

John Bernard Semtner; Isaac Malcolm Hines;
Tradesman Architectural Studios PLLC; William
Tim Strange; Steven Watts; et al.,

)
)
)
)
)

Defendant(s).

)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Rose Rock Development Partners IV, LLC
c/o Steven Watts
403 S. Cheyenne Ave., Suite #205
Tulsa, OK 74103

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    David A. Cheek, CHEEK & FALCONE PLLC
    6301 Waterford Blvd, Suite 230
    Oklahoma City, OK 73118-1157
    Ph: (405) 286-9191 Fx: (405) 286-9670 Email: dcheek@cheekfalcone.com

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.



*SUMMONS ISSUED:*
9:59 am, Mar 12, 2025
*JOAN KANE, CLERK*

By:_____

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*

AO 440 (Rev. 02/09)  Summons in a Civil Action (Page 2)

Civil Action No.  CIV-25-307-SLP

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐  I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❐  I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐  I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❐  I returned the summons unexecuted because _____ ; or

❐  Other *(specify):*

                                                                                                           .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0   .

I declare under penalty of perjury that this information is true.

Date: _____               _____
                                                            *Server's signature*

                                                     _____
                                                            *Printed name and title*

                                                     _____
                                                            *Server's address*

Additional information regarding attempted service, etc:

| Print | | Save As... | | Reset |

AO440(Rev.12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
## Western District of Oklahoma

| | |
|---|---|
| Frankfurt-Short-Bruza Associates., P.C., | ) |
| | ) |
| | ) |
| | ) |
| Plaintiff(s), | ) |
| | ) |
| v. | ) |
| John Bernard Semtner; Isaac Malcolm Hines; | ) |
| Tradesman Architectural Studios PLLC; William | ) |
| Tim Strange; Steven Watts; et al., | ) |
| | ) |
| Defendant(s). | ) |

Case No. CIV-25-307-SLP

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Red River Development 2020, LLC
c/o Capitol Document Services, Inc.
1833 South Morgan Rd.
Oklahoma City, OK 73128

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

David A. Cheek, CHEEK & FALCONE PLLC
6301 Waterford Blvd, Suite 230
Oklahoma City, OK 73118-1157
Ph: (405) 286-9191 Fx: (405) 286-9670 Email: dcheek@cheekfalcone.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.



*SUMMONS ISSUED:*
9:59 am, Mar 12, 2025
*JOAN KANE, CLERK*

By: _____

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*

AO 440 (Rev. 02/09) Summons in a Civil Action (Page 2)

Civil Action No.  CIV-25-307-SLP

### PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❑ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify):*

.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

| Print | Save As... | Reset |

# UNITED STATES DISTRICT COURT
## for the
## Western District of Oklahoma

| | |
|---|---|
| Frankfurt-Short-Bruza Associates, P.C., | ) |
| | ) |
| | ) |
| | ) |
| Plaintiff(s), | ) |
| | ) |
| v. | ) |
| John Bernard Semtner; Isaac Malcolm Hines; | ) |
| Tradesman Architectural Studios PLLC; William | ) |
| Tim Strange; Steven Watts; et al., | ) |
| | ) |
| Defendant(s). | ) |

Case No. CIV-25-307-SLP

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Boulevard Place OKC, LLC
c/o William T. Strange
3349 Brush Creek Rd.
Oklahoma City, OK 73120

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

David A. Cheek, CHEEK & FALCONE PLLC
6301 Waterford Blvd, Suite 230
Oklahoma City, OK 73118-1157
Ph: (405) 286-9191 Fx: (405) 286-9670 Email: dcheek@cheekfalcone.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*SUMMONS ISSUED:*
9:59 am, Mar 12, 2025
*JOAN KANE, CLERK*

By: _____

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*

AO 440 (Rev. 02/09)  Summons in a Civil Action (Page 2)

Civil Action No.  CIV-25-307-SLP

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐  I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❐  I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐  I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❐  I returned the summons unexecuted because _____ ; or

❐  Other *(specify):*

.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

| Print | Save As... | Reset |

AO440(Rev.12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
## Western District of Oklahoma

Frankfurt-Short-Bruza Associates, P.C.,

                     Plaintiff(s),

v.

John Bernard Semtner; Isaac Malcolm Hines;
Tradesman Architectural Studios PLLC; William
Tim Strange; Steven Watts; et al.,

                     Defendant(s).

)
)
)
)
)
)
)
)
)
)
)
)

Case No. CIV-25-307-SLP

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
BPOKC GP, LLC
c/o William T. Strange
3349 Brush Creek Rd.
Oklahoma City, OK 73120

      A lawsuit has been filed against you.

      Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

  David A. Cheek, CHEEK & FALCONE PLLC
  6301 Waterford Blvd, Suite 230
  Oklahoma City, OK 73118-1157
  Ph: (405) 286-9191 Fx: (405) 286-9670 Email: dcheek@cheekfalcone.com

      If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.



*SUMMONS ISSUED:*
9:59 am, Mar 12, 2025
*JOAN KANE, CLERK*

By:_____

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*

AO 440 (Rev. 02/09)  Summons in a Civil Action (Page 2)

Civil Action No.  CIV-25-307-SLP

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐  I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❐  I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐  I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❐  I returned the summons unexecuted because _____ ; or

❐  Other *(specify):*

.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

| Print | Save As... | | Reset |

# UNITED STATES DISTRICT COURT

for the

## Western District of Oklahoma

Frankfurt-Short-Bruza Associates, P.C.,

          Plaintiff(s),

v.

John Bernard Semtner; Isaac Malcolm Hines;
Tradesman Architectural Studios PLLC; William
Tim Strange; Steven Watts; et al.,

          Defendant(s).

)
)
)
)
)
)
)
)
)
)
)
)

Case No. CIV-25-307-SLP

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

BPOKC LP, LLC
c/o William T. Strange
3349 Brush Creek Rd.
Oklahoma City, OK 73120

      A lawsuit has been filed against you.

      Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    David A. Cheek, CHEEK & FALCONE PLLC

    6301 Waterford Blvd, Suite 230

    Oklahoma City, OK 73118-1157

    Ph: (405) 286-9191 Fx: (405) 286-9670 Email: dcheek@cheekfalcone.com

      If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*SUMMONS ISSUED:*
9:59 am, Mar 12, 2025
*JOAN KANE, CLERK*

By:_____

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*

AO 440 (Rev. 02/09)  Summons in a Civil Action (Page 2)

Civil Action No.  CIV-25-307-SLP

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒  I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❒  I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒  I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❒  I returned the summons unexecuted because _____ ; or

❒  Other *(specify):*

.

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0__ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

| Print | Save As... | Reset |

# UNITED STATES DISTRICT COURT

for the

## Western District of Oklahoma

| | |
|---|---|
| Frankfurt-Short-Bruza Associates, P.C., | ) |
| | ) |
| | ) |
| | ) |
| Plaintiff(s), | ) |
| | ) |
| v. | ) |
| John Bernard Semtner; Isaac Malcolm Hines; | ) |
| Tradesman Architectural Studios PLLC; William | ) |
| Tim Strange; Steven Watts; et al., | ) |
| | ) |
| Defendant(s). | ) |

Case No. CIV-25-307-SLP

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Alley's End OKC, LLC
c/o William T. Strange
3349 Brush Creek Rd.
Oklahoma City, OK 73120

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

David A. Cheek, CHEEK & FALCONE PLLC
6301 Waterford Blvd, Suite 230
Oklahoma City, OK 73118-1157
Ph: (405) 286-9191 Fx: (405) 286-9670 Email: dcheek@cheekfalcone.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*SUMMONS ISSUED:*
10:00 am, Mar 12, 2025
*JOAN KANE, CLERK*

By:_____

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*

AO 440 (Rev. 02/09)  Summons in a Civil Action (Page 2)

Civil Action No.  CIV-25-307-SLP

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❑  I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❑  I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑  I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❑  I returned the summons unexecuted because _____ ; or

❑  Other *(specify):*


                                                                                    .

My fees are $ _____ for travel and $ _____ for services, for a total of $  0                .

I declare under penalty of perjury that this information is true.


Date: _____        _____
                                                        *Server's signature*

                                               _____
                                                        *Printed name and title*


                                               _____
                                                        *Server's address*

Additional information regarding attempted service, etc:




|  Print  |  Save As...  |  |  Reset  |

AO440(Rev.12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

## Western District of Oklahoma

| | |
|---|---|
| Frankfurt-Short-Bruza Associates, P.C., | ) |
| | ) |
| | ) |
| | ) |
| Plaintiff(s), | ) |
| | ) |
| v. | ) |
| John Bernard Semtner; Isaac Malcolm Hines; | ) |
| Tradesman Architectural Studios PLLC; William | ) |
| Tim Strange; Steven Watts; et al., | ) |
| | ) |
| Defendant(s). | ) |

Case No. CIV-25-307-SLP

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Alley's End OKC GP, LLC
c/o William T. Strange
3349 Brush Creek Rd.
Oklahoma City, OK 73120

      A lawsuit has been filed against you.

      Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
David A. Cheek, CHEEK & FALCONE PLLC
6301 Waterford Blvd, Suite 230
Oklahoma City, OK 73118-1157
Ph: (405) 286-9191 Fx: (405) 286-9670 Email: dcheek@cheekfalcone.com

      If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.



*SUMMONS ISSUED:*
10:00 am, Mar 12, 2025
*JOAN KANE, CLERK*

By: _____

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*

AO 440 (Rev. 02/09)  Summons in a Civil Action (Page 2)

Civil Action No.  CIV-25-307-SLP

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐  I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❐  I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐  I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❐  I returned the summons unexecuted because _____ ; or

❐  Other *(specify):*

.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0 .

I declare under penalty of perjury that this information is true.

Date: _____

_____

*Server's signature*

_____

*Printed name and title*

_____

*Server's address*

Additional information regarding attempted service, etc:

|  Print  |  Save As...  |  |  Reset  |

AO440(Rev.12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

## Western District of Oklahoma

Frankfurt-Short-Bruza Associates, P.C.,

)
)
)
)

Plaintiff(s),

)
)

v.

)

Case No. CIV-25-307-SLP

John Bernard Semtner; Isaac Malcolm Hines;
Tradesman Architectural Studios PLLC; William
Tim Strange; Steven Watts; et al.,

)
)
)
)
)

Defendant(s).

)

SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Alley's End 4G LLC
c/o Belmont Development Company, LLC
222 East Main St., First Floor
Oklahoma City, OK 73104

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

David A. Cheek, CHEEK & FALCONE PLLC
6301 Waterford Blvd, Suite 230
Oklahoma City, OK 73118-1157
Ph: (405) 286-9191 Fx: (405) 286-9670 Email: dcheek@cheekfalcone.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*SUMMONS ISSUED:*
10:00 am, Mar 12, 2025
*JOAN KANE, CLERK*

By:_____

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*

AO 440 (Rev. 02/09)  Summons in a Civil Action (Page 2)

Civil Action No.  CIV-25-307-SLP

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❑  I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❑  I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑  I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❑  I returned the summons unexecuted because _____ ; or

❑  Other *(specify):*


.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0 .

I declare under penalty of perjury that this information is true.


Date: _____         _____
                                                          *Server's signature*

                                                _____
                                                          *Printed name and title*


                                                _____
                                                          *Server's address*

Additional information regarding attempted service, etc:




|  Print  |  Save As...  |  |  Reset  |

AO440(Rev.12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
## Western District of Oklahoma

| | |
|---|---|
| Frankfurt-Short-Bruza Associates, P.C., | ) |
| | ) |
| | ) |
| | ) |
| Plaintiff(s), | ) |
| | ) |
| v. | ) |
| John Bernard Semtner; Isaac Malcolm Hines; | ) |
| Tradesman Architectural Studios PLLC; William | ) |
| Tim Strange; Steven Watts; et al., | ) |
| | ) |
| Defendant(s). | ) |

Case No. CIV-25-307-SLP

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Alley's End, LP
c/o Belmont Development Company, LLC
222 East Main St., First Floor
Oklahoma City, OK 73104

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

David A. Cheek, CHEEK & FALCONE PLLC
6301 Waterford Blvd, Suite 230
Oklahoma City, OK 73118-1157
Ph: (405) 286-9191 Fx: (405) 286-9670 Email: dcheek@cheekfalcone.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*SUMMONS ISSUED:*
10:00 am, Mar 12, 2025
*JOAN KANE, CLERK*

By: _____

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*

AO 440 (Rev. 02/09)  Summons in a Civil Action (Page 2)

Civil Action No.  CIV-25-307-SLP

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏  I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏  I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏  I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏  I returned the summons unexecuted because _____ ; or

❏  Other *(specify):*

.

My fees are $ _____ for travel and $ _____ for services, for a total of $   0   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

| Print | Save As... | Reset |

# UNITED STATES DISTRICT COURT

for the

## Western District of Oklahoma

Frankfurt-Short-Bruza Associates, P.C.,

Plaintiff(s),

v.

John Bernard Semtner; Isaac Malcolm Hines;
Tradesman Architectural Studios PLLC; William
Tim Strange; Steven Watts; et al.,

Defendant(s).

)
)
)
)
)
)
)
)
)
)
)
)

Case No. CIV-25-307-SLP

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Alley's End Developer, LLC
c/o Belmont Development Company, LLC
222 East Main St., First Floor
Oklahoma City, OK 73104

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

David A. Cheek, CHEEK & FALCONE PLLC
6301 Waterford Blvd, Suite 230
Oklahoma City, OK 73118-1157
Ph: (405) 286-9191 Fx: (405) 286-9670 Email: dcheek@cheekfalcone.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*SUMMONS ISSUED:*
10:00 am, Mar 12, 2025
*JOAN KANE, CLERK*

By:_____

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*

AO 440 (Rev. 02/09)  Summons in a Civil Action (Page 2)

Civil Action No.  CIV-25-307-SLP

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒  I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❒  I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒  I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❒  I returned the summons unexecuted because _____ ; or

❒  Other *(specify):*

                                                                                                        .

My fees are $ _____ for travel and $ _____ for services, for a total of $  0  .

I declare under penalty of perjury that this information is true.

Date: _____        _____
                                                    *Server's signature*

                                         _____
                                                    *Printed name and title*

                                         _____
                                                    *Server's address*

Additional information regarding attempted service, etc:

|   Print   |   Save As...   |   Reset   |

# UNITED STATES DISTRICT COURT
for the
## Western District of Oklahoma

Frankfurt-Short-Bruza Associates, P.C.,    )
    )
    )
    )
    Plaintiff(s),    )
    )
v.     )
John Bernard Semtner; Isaac Malcolm Hines;    )
Tradesman Architectural Studios PLLC; William    )
Tim Strange; Steven Watts; et al.,    )
    )
    )
    Defendant(s).    )

Case No. CIV-25-307-SLP

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Belmont Development Company, LLC
c/o Derrick Hamilton
7324 NE 116th St.
Edmond, OK 73013

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
    David A. Cheek, CHEEK & FALCONE PLLC
    6301 Waterford Blvd, Suite 230
    Oklahoma City, OK 73118-1157
    Ph: (405) 286-9191 Fx: (405) 286-9670 Email: dcheek@cheekfalcone.com

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.



*SUMMONS ISSUED:*
10:00 am, Mar 12, 2025
*JOAN KANE, CLERK*

By: _____

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*

AO 440 (Rev. 02/09)  Summons in a Civil Action (Page 2)

Civil Action No.  CIV-25-307-SLP

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒  I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❒  I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒  I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❒  I returned the summons unexecuted because _____ ; or

❒  Other *(specify):*

.

My fees are $ _____ for travel and $ _____ for services, for a total of $   0   .

I declare under penalty of perjury that this information is true.

Date:  _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

| Print | Save As... | Reset |

AO440(Rev.12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
## Western District of Oklahoma

| | |
|---|---|
| Frankfurt-Short-Bruza Associates, P.C., | ) |
| | ) |
| | ) |
| | ) |
| Plaintiff(s), | ) |
| | ) |
| v. | ) |
| John Bernard Semtner; Isaac Malcolm Hines; | ) |
| Tradesman Architectural Studios PLLC; William | ) |
| Tim Strange; Steven Watts; et al., | ) |
| | ) |
| | ) |
| Defendant(s). | ) |

Case No. CIV-25-307-SLP

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Johnson & Associates, Inc.
1 East Sheridan Ave., Suite 200
Oklahoma City, OK 73104

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

David A. Cheek, CHEEK & FALCONE PLLC

6301 Waterford Blvd, Suite 230

Oklahoma City, OK 73118-1157

Ph: (405) 286-9191 Fx: (405) 286-9670 Email: dcheek@cheekfalcone.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*SUMMONS ISSUED:*
10:00 am, Mar 12, 2025
*JOAN KANE, CLERK*

By:_____

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*

AO 440 (Rev. 02/09)  Summons in a Civil Action (Page 2)

Civil Action No.  CIV-25-307-SLP

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒  I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❒  I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒  I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❒  I returned the summons unexecuted because _____ ; or

❒  Other *(specify):*

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _0_____ .

I declare under penalty of perjury that this information is true.

Date: _____        _____
                                                    *Server's signature*

                                             _____
                                                    *Printed name and title*

                                             _____
                                                    *Server's address*

Additional information regarding attempted service, etc:

| Print | Save As... | | Reset |

AO440(Rev.12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
## Western District of Oklahoma

Frankfurt-Short-Bruza Associates, P.C., )
)
)
)
Plaintiff(s), )
)
v. )    Case No. CIV-25-307-SLP
John Bernard Semtner; Isaac Malcolm Hines; )
Tradesman Architectural Studios PLLC; William )
Tim Strange; Steven Watts; et al., )
)
)
Defendant(s). )

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
360 Engineering Group, PLLC
c/o Elias Johansson
1201 East 3rd St.
Tusla, OK 74120

       A lawsuit has been filed against you.

       Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
    David A. Cheek, CHEEK & FALCONE PLLC
    6301 Waterford Blvd, Suite 230
    Oklahoma City, OK 73118-1157
    Ph: (405) 286-9191 Fx: (405) 286-9670 Email: dcheek@cheekfalcone.com

       If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.



*SUMMONS ISSUED:*
10:02 am, Mar 12, 2025
*JOAN KANE, CLERK*

By:

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*

AO 440 (Rev. 02/09)  Summons in a Civil Action (Page 2)

Civil Action No.  CIV-25-307-SLP

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒  I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❒  I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒  I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❒  I returned the summons unexecuted because _____ ; or

❒  Other *(specify):*

.

My fees are $ _____ for travel and $ _____ for services, for a total of $   0   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

| Print | Save As... | Reset |

AO440(Rev.12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
## Western District of Oklahoma

| | |
|---|---|
| Frankfurt-Short-Bruza Associates., P.C., | ) |
| | ) |
| | ) |
| | ) |
| Plaintiff(s), | ) |
| | ) |
| v. | ) |
| John Bernard Semtner; Isaac Malcolm Hines; | ) |
| Tradesman Architectural Studios PLLC; William | ) |
| Tim Strange; Steven Watts; et al., | ) |
| | ) |
| | ) |
| Defendant(s). | ) |

Case No. CIV-25-307-SLP

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
R3P Engineering PLLC
c/o Registered Agents Inc.
9905 S. Pennsylvania Ave., Suite A
Oklahoma City, OK 73159

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

David A. Cheek, CHEEK & FALCONE PLLC
6301 Waterford Blvd, Suite 230
Oklahoma City, OK 73118-1157
Ph: (405) 286-9191 Fx: (405) 286-9670 Email: dcheek@cheekfalcone.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*SUMMONS ISSUED:*
10:02 am, Mar 12, 2025
*JOAN KANE, CLERK*

By: _____

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*

AO 440 (Rev. 02/09)  Summons in a Civil Action (Page 2)

Civil Action No.  CIV-25-307-SLP

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒  I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❒  I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒  I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❒  I returned the summons unexecuted because _____ ; or

❒  Other *(specify):*

                                                                                              .

My fees are $ _____ for travel and $ _____ for services, for a total of $  0  .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

| Print | Save As... | Reset |